## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Joint Administration Requested) |
| AGDP HOLDING INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TVT Capital Source LLC, Insta Funding LLC, and Pinnacle Business Funding LLC,<br><br>Defendants. | Adv. Proc. No. \_\_\_\_ |

**COMPLAINT**

*FILED UNDER SEAL*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

Dated: August 4, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kevin A. Guerke*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
S. Alexander Faris (No. 6278)
Renae P. Pagano (No. 6889)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  sbeach@ycst.com
    emorton@ycst.com
    kguerke@ycst.com
    afaris@ycst.com
    rpagano@ycst.com

*Proposed Counsel to the Debtors and Debtors in Possession*