**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered) |
| AGDP HOLDING INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TVT Capital Source LLC, White Star Funding Inc. d/b/a TVT Cap, Insta Funding LLC, and Pinnacle Business Funding LLC,<br><br>Defendants. | Adv. Proc. No. 25-51803 (MFW) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The undersigned counsel hereby certifies as follows:

AGDP Holding Inc., *et al*. (the "Plaintiff") and White Star Funding Inc. d/b/a TVT Cap (the "Defendant") have agreed, subject to this Court's approval, to extend the Plaintiff's time to respond to the Defendant's motion to dismiss against the Plaintiff and extend the Defendant's time to reply to the Plaintiff's response. Attached hereto as **Exhibit 1** is a proposed form of order (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

33667270.2

"Proposed Order") approving the stipulation. The stipulation is attached as **Exhibit A** to the proposed form of order.

WHEREFORE, the Plaintiff and the Defendant request that this Court enter the Proposed Order at the Court's earliest convenience.

Dated: October 21, 2025
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Renae P. Pagano*
        Sean M. Beach (No. 4070)
        Edmon L. Morton (No. 3856)
        Kevin A. Guerke (No. 4096)
        S. Alexander Faris (No. 6278)
        Renae P. Pagano (No. 6889)
        1000 North King Street
        Rodney Square
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        Email: sbeach@ycst.com
                  emorton@ycst.com
                  kguerke@ycst.com
                  afaris@ycst.com
                  rpagano@ycst.com

        *Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT 1**

33667270.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered) |
| AGDP HOLDING INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TVT Capital Source LLC, White Star Funding Inc. d/b/a TVT Cap, Insta Funding LLC, and Pinnacle Business Funding LLC,<br><br>Defendants. | Adv. Proc. No. 25-51803 (MFW) |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of the *Stipulation Extending Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss*, a copy of which is attached hereto as **Exhibit A** (the "Stipulation"), and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation and the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by the Court with respect thereto;

2. The time within which the Plaintiff shall respond to the Defendant's motion to dismiss is extended through and including November 17, 2025;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

33667270.2

3. The time within which the Defendant shall reply to the Plaintiff's response is extended through and including December 5, 2025;

4. Entry of this Order and approval of the Stipulation is without prejudice to the parties seeking additional extensions of time related to the Defendant's motion to dismiss; and

5. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

## **EXHIBIT A**

33667270.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGDP HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11446 (MFW)<br><br>(Jointly Administered) |
| AGDP HOLDING INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TVT Capital Source LLC, White Star Funding Inc. d/b/a TVT Cap, Insta Funding LLC, and Pinnacle Business Funding LLC,<br><br>Defendants. | Adv. Proc. No. 25-51803 (MFW) |

**STIPULATION EXTENDING DEADLINE FOR
PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

WHEREAS, on August 22, 2025, AGDP Holding Inc., *et al.* (the "Plaintiff") filed the *Amended Complaint* (the "Amended Complaint") in the above-captioned adversary proceeding against White Star Funding Inc. d/b/a TVT Cap (the "Defendant," and together with the Plaintiff, the "Parties");

WHEREAS, on September 23, 2025, the Court entered the *Order Approving Stipulation Extending Deadline for Defendant White Star Funding Inc. d/b/a TVT Cap to Respond to the*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

33667270.2

*Amended Complaint* [D.I. 14], extending the Defendant's deadline to answer, move, or otherwise respond to the Amended Complaint until October 13, 2025.

WHEREAS, on October 13, 2025, the Defendant filed *White Star Funding Inc.'s Motion to Dismiss the First Amended Complaint* [D.I. 25] and *Defendant White Star Funding Inc.'s Memorandum of Law in Support of Motion to Dismiss Debtors' First Amended Complaint* [D.I. 26] (together, the "Motion to Dismiss").

WHEREAS, the Parties agree to extend the deadline for Plaintiff to respond to the Defendant's Motion to Dismiss through and including November 17, 2025 (the "Response Deadline").

WHEREAS, the Parties agree to extend the deadline for the Defendant to reply to the Plaintiff's response through and including December 5, 2025 (the "Reply Deadline").

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**:

1. The Response Deadline is hereby extended through and including November 17, 2025, without prejudice to the Plaintiff to seek further extension of the Response Deadline.

2. The Reply Deadline is hereby extended through and including December 5, 2025, without prejudice to the Defendant to seek further extension of the Reply Deadline.

[*Signature page follows*]

**STIPULATED AND AGREED TO THIS 21ST DAY OF OCTOBER, 2025:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Renae P. Pagano*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
S. Alexander Faris (No. 6278)
Renae P. Pagano (No. 6889)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
 emorton@ycst.com
 kguerke@ycst.com
 afaris@ycst.com
 rpagano@ycst.com

*Attorneys for Plaintiff*

CAROTHERS & HAUSWIRTH LLP

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE Bar No. 5679)
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 332-7181
Facsimile: (412) 227-5551
Email: ghauswirth@ch-legal.com

and

Steven B. Eichel (admitted *pro hac vice*)
Leech Tishman Robinson Brog, PLLC
One Dag Hammarskjold Plaza
New York, NY 10022
Phone: (212) 603-6345
Email: seichel@leechtishman.com

*Attorneys for Defendant*